In the Matter of the Application of THE VILLAGE OF ISLAND PARK and Others, Petitioners, against BULK PLANTS, INC., and Others, Respondents, for an Order

Pursuant to Article 78 of the Civil Practice Act, etc.— Upon motion of petitioners for an order directing that this proceeding be retransferred to the Trial Term of the Supreme Court, Nassau county, and that printing of the record be at this time dispensed with, or for alternative relief, motion granted to the extent of dispensing with printing of exhibits other than the minutes, and otherwise denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.